*J. E. McDonald, A. L. Roache* and *Neff & Neff*, for the appellee.

---

## SAWYER and Others *v.* SAWYER.

*Quære :* Whether a case where judgment has been rendered by default, in an attachment proceeding, on publication of notice, is an exception to the rule that errors of the Court below will not be reviewed in this Court, where no motion was made to set aside the judgment.

In an attachment proceeding under the code, notice by publication of the pendency of the suit may be given before the writ is levied.

APPEAL from the *St. Joseph* Common Pleas.

*Per Curiam.*—Suit commenced by attachment. On the issuing of the writ, publication of the pendency of the attachment was made, and during its pendency the writ was levied on certain lands. There was judgment by default.

No motion was made below to set aside this judgment by default. Is this case one of a class that may form an exception to the rule of practice established on this subject? We do not decide, because we are satisfied there is no error in the case.

We are clear that under the code publication in attachment may be made before the writ is levied. 2 R. S., §§ 156, 157, p. 63; *id.* § 38, p. 35; Ind. Pr., pp. 153–510. No irregularity appears in the record of the proceedings.

The judgment is affirmed, with 1 per cent. damages and costs.

*Stanfield & Anderson*, and *J. A. Liston*, for the appellants.

*J. E. McDonald, A. L. Roache*, and *George & Miller*, for the appellee.